UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23159-BLOOM/Otazo-Reyes

WINDY LUCIUS,

    Plaintiff,

v.

HIVE BAKERY & CAFE, INC.,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, WINDY LUCIUS, and Defendant, HIVE BAKERY & CAFE, INC., pursuant to applicable Federal Civil Rules of Procedure, hereby notify this Honorable Court that the parties named in this action have reached a settlement. The parties anticipate filing dismissal documents within the next twenty-one (21) days.

Dated this 14th day of November, 2022.

Respectfully Submitted,

By:

| | |
|---|---|
| s/ Courtney Cunningham<br>J. Courtney Cunningham, Esq.<br>Florida Bar Number: 628166<br>Attorney E-mail address:<br>cc@@cunninghampllc.com<br>**J. COURTNEY CUNNINGHAM, PLLC**<br>8950 S.W. 74th Court, Suite 2201<br>Miami, FL 33156<br>Telephone: (305) 351-2014<br>*Attorney for Plaintiff* | s/ Taylor Loe<br>Craig Minko, Esq.<br>Florida Bar Number: 84499<br>Attorney E-mail address:<br>craig.minko@csklegal.com<br>W. Taylor Loe, Esq.<br>Florida Bar Number: 1003304<br>**COLE, SCOTT & KISSANE, P.A.**<br>110 Tower<br>110 S.E. 6th Street, Suite 2700<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 703-3708<br>Facsimile: (954) 703-3701<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14th 2022, I filed the foregoing with the Court using the Clerk's CM/ECF filing system, which will send a notice of filing to all parties, including counsel for Plaintiff.

                                                                                s/ Taylor Loe