UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23159-BLOOM/Otazo-Reyes

WINDY LUCIUS,

    Plaintiff,

v.

HIVE BAKERY & CAFE, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal of Entire Case with Prejudice, ECF No. [15] ("Stipulation"), filed on November 30, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [15]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 30, 2022.

                                                      _____
                                                      **BETH BLOOM**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record